(28 pages.)

Joshua Aaron Wintrode / #0119541 Currently
*(full name/prisoner number)* incarcerated in
7750 Birch Ln Ada County Jail
Nampa ID 83687 7210 Barrister Dr.
*(complete mailing address)* Boise, ID 83704

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

**U.S. COURTS**

Joshua Aaron Wintrode
*(full name)*

**Plaintiff,**

v.

Ada County Jail; Ada
County Jail medical department;
Dr. Clive; Dr. McGinnis;
and Dr. ~~Baxter~~
Maloney; ~~w Mooney~~
*(Defendant(s).)*
Deputy Patrick Williams.
*(if you need additional space, use a blank page
for a continuation page)*

**Rcvd___ Filed___ Time___**
JUN 1 2 2025
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No.**
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes   ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

☒ **42 U.S.C. § 1983** *(applies to state, county, or city defendants)*

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*

☒ Other federal statute *(specify)* U.S.C. 1985, 1986; or diversity of citizenship.

☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Joshua Aaron Wintrode I am a citizen of the State of Idaho,

presently residing at Ada County Jail 7210 Barrister Dr.
Boise ID 83704

**PRISONER COMPLAINT - p. 1**   *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Ada County / Dr. Clive, Dr. Dayley, Jail and Dr. McGinnis, who was acting as Administrators / Doctors
   *(defendant)*                          *(job title, if a person; function, if an entity)*

for the Ada County Jail
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on June 9 2023 - April 29, 2025 - Jan-24, 2024 May 30, 202 Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: The Ada county jail and its administrators, and legal department have failed to address any of the grievances that I have sent to them concerning their medical department and their failure to provide treatment of my serious medical needs, failure to provide pretty much any medical care at all. this is the second time that I've been incarcerated in Ada County jail. See Attached pages 1a.) - 9a.) too.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Cruel and unusual punishment (10a.) - (15a.) 1st amendment: access to courts, 8th amendment: deliberate indiference of serious medical needs, 14th Amendment: ADA, Due process, Class-based discrimination. unnecessary and wanton infliction of pain.

4. I allege that I suffered the following injury or damages as a result: Strategic torture: further hearing loss, ear, sinus, back, neck, shoulders, Jaw and foot pain. Shortness of breath, further significant injury to my ears, back, shoulders, neck, Jaw and feet. Balance problems because of ear damage and further injury to feet, Back, neck, and shoulders.

5. I seek the following relief: $20,000,000.00 See Attached page (c.)

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

that I have been refused medical care, and have not been given any type of treatment for my serious medical needs.

The first ~~time~~ time was from June 9, 2023 - Jan. 24, 2024. I was arrested by an Ada county sherriffs deputy trainee named Patrick Williams whom refused to listen to me when I asked him to use 2 pairs of handcuffs to transport me. I complained of the pain in my neck, back, and shoulder the entire trip to the ada county Jail. I was then kept in medical for a few days as I could not walk. Something was wrong with my back. I'm not sure how many days I was in medical, but after a few days I was able to walk but still had extreme pain. I was only being given ibuprofen and constantly

(pg 3 )

complained of the extreme pain in my neck, back, and shoulder. After weeks of complaining, I was finally given a small dose of gabbapinton for 30 days. When I told them that the gabbapinton helped a little I was taken off the medication. I repeatedly asked them to send me to get an MRI, chiropractic services, and a pain management specialist. They repeatedly refused for me to be allowed diagnosis and treatment. At which point I filed this same civil rights complaint against Ada County Jail, and the 3 doctors whom had continuosly denied me any treatment or medical care beyond ibuprofen and tylenol. They also repeatedly refused to give me a bottle of hydrogen peroxide for my ears, at the cost of approximately a dollar. A federal Judge

granted me the right to proceed with a medical malpractice suit against the 3 Dr.s for discontinuing the gabbapinton prescription, after my having said that it helped a little but still had extreme pain, provided that I had done a pre-littigation screening panel. At the time I didn't even know what that was. After getting the paper work filled out and sent in, the Idaho Board of legal medicine contacted me telling me that they could not find the 3 Dr.s in their system. They said maybe I didn't have the spellings right, or maybe they were just the wrong names. I had already contacted the Jail, their medical department, and public records trying to get the names of the 3 doctors, my Ada County Jail medical records, and my medical and jail

requests and grievances and was denied all three requests by all 3 agencies. These were all of the documents I needed to prove my case. My case was denied for failing to complete the prelitigation screening panel because of these denials. As far as I can tell this action constitutes a violation of my 1st amendment right Acess to courts. It has caused the denial of my civil rights action reguarding Jail conditions.

I have again found myself incarcerated it the Ada county Jail since April 29, 2025. This time I was immediately given the small dose of gabbapinton with out even asking, and etotalac. Claratin and nasal spray, but they are still refusing to give me the bottle of hydrogen peroxide that costs about a dollar for my ears. They are instead

giving me carbimide peroxide which is meant for earlwax removal, which is not the problem/ with my ears and does not help my ear problems. I have repeatedly sent requests and grievances complaining of my extreme ear, neck, back, shoulders, jaw, and foot pain which they refuse to treat. They refuse to give me $1.00 worth of hydrogen peroxide though it would mostly alleviate my extreme ear pain. I know this because it's what I use when not in jail to help me with my ear problems. My ear problems being left untreated are exaccerbating my extreme neck, back, and shoulder pain making them even more excruciating than usual. The last time I got out of jail I got on medicaid. My primary doctor Jaimie Watts at primary Health at 6565 W. Emerald St. Boise, ID 83704, phone #(208) 514-2510 ordered an MRI, X-Rays, and blood

work done. She discovered that my 3rd, 4th, and 5th spinal disks are deteriorating, and prescribed up to 4 times the amount of glabbapinton that I'm being given by the 3 doctors here at the jail. I had told her that a specialist had told me I could use as much hydrogen peroxide in my ears as I needed to. She said if that's what works then that's great. I sent all of this in a request to medical, then in a grievance to medical. On 05/27/2025 the 3rd Dr. who's name I thought was Dayley came to see me I talked to him about how an hour after each meal my stomach hurts because of hunger pains and that I am used to eating 7,000 calories of pure protein daily since I was 12yrs. old (only meat, eggs, and milk products.) And how they have put me in here, and give me less than half

the calories, and 90% of
it is plant material
causing me hunger pains
21 hours a day. I told
him this was screwing
up my bowels and causing
me to have mostly diarrhea
and only 1 bowel movement
a day, enstead of the 3-4
bowel movements a day
I usually have. I told him
that all of this is unnecessary
and wanton infliction of
pain. He started making
excuses saying that there
are rules and regulations
that have to be followed
and that there was nothing
he could do about it. I
told him that there was,
and that all he had to do
to alleviate these stomach
pains and bowel problems
is to give me more food
with no plants. He got
irate and started to storm
out, when I said wait
you, haven't addressed
any of my other serious
medical problems yet.
He stopped just long

Not sure of the 3rd Dr.s name?, Dr. Mcginnis on my meds. Dr. Clive, have been told

enough to let me tell him that I really do need medical shoes even though I had already been told that I don't meet the criteria (my feet are just getting worse), and that my primary doctor; a real doctor had given me 4 times as much gabbapinton as I was being given. At that point he finishing storming out before even talking to him about my pain, or the fact that I had requested a better mattress, or an extra mattress. I had also requested a pillow, and a wedge pillow, and the fact that I have still not been given my albuterol inhaler that I had asked for weeks before that had been prescribed by my real doctor. I believe that having these hunger pains and bowel problems is causing further significant injury to my stomach lining, not allowing me ~~peros~~ hydrogen peroxide

for my ears I believe is causing further significant injury to my neck, back, shoulders, and jaw. It somehow affects my lungs causing shortness of breath. I'm sure that it is also causing hearing loss. Not being allowed medical shoes is causing further significant injury to my feet, neck, back, and shoulders. They have repeatedly told me that I can buy extra food on commissary, which is obviously class-based discrimination. All of the rest of this statement is a violation of my 8th amendment right to medical care, evident deliberate indifference and the exact definition of serious medical needs. And possibly the 14th Amendment Due Process.
05/30/2025 Joshua A. Wintrode

the names of the 3 doctors. I have still not been allowed

H. I am now told that Dr. Dayley is the dentist.

(double
sided
(sorry short paper.)

I have now finally been
given the names of the
medical staff. They are
very short handed which
is another civil rights
violation. They have only 1
doctor on staff Mr. Stuart
Clive whom threatend to
kill me twice, saying unless
I am dying there's nothing
he can do for me. As I
am in a cage, I take that
as a death threat. I have
not been allowed to charge
him with these death threats,
harassmen, or to file a
restraining order against
him. One CNP Jacob McGinnis
whom got irate and stormed
out when I told him that
my prescription from my
doctor for gabbapinton was
4 times as much as I'm
being given, he's the one

whom in 2023 prescribed me gabbapinton and then retracted the prescription after 30 day. He automatically gave me that same low dose prescription this time without me asking because of my lawsuit filed in 2024. He is also the one whom I thought was named Dayley. The 3rd one is PA Greg Maloney I just saw him today 06/06/25 after having put in a request stating that they need to get my medical records. That I need to see an ear, nose, and throat specialist, a back and neck specialist, and a pediatrist, and that my Dr. Jaimie Watts had given me refferals to physical therapy, pain management, and a psychiatrist. I asked

him if he had read my
request that stated how
they are violating my 8th
amend. right to medical
care, and that their
systematic torture is
exactly the definition
of deliberate indiference,
and serious medical needs
being violated. He said
yes that he had read it.
He then told me that
he can't address any of
my problems that have
previously been addressed,
such as pain, ear problems,
etc. At which point he asked
If I had any problems
which had not been addressed.
I said I thought you said
you read my request, at
which point he denied me
an extra mattress, wedge
pillow, head pillow, back
brace, or my Albuterol

inhailer though I told him it was prescribed by my doctor, and the St. Luke's ER had also given me one.

All of my serious medical needs are being ignored, I still have extreme pain that is only getting worse by the day.

Not only am I not recieving adequate medical care, I'm not recieving any medical care at all beyond my first visit with CNP Jacob McGinnis. I am at the mercy of the court to help me before I die from the neglect of these 3 evil sadistic men.

Joshua Aaron Wintrode

06/06/2025

J. Wintrode

inhailer though I told him it was prescribed by my doctor, and the St. Lukes ER had also given me one.

All of my serious medical needs are being ignored, I still have extreme pain that is only getting worse by the day.

Not only am I not recieving adequate medical care, I'm not recieving any medical care at all beyond my first visit with CNP Jacob McGinnis. I am at the mercy of the court to help me before I die from neglect of these 3 evil sadistic men.

Joshua Aaron Wintrode

06/06/2025

J. Wintrode

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| Not sure if any of my other cases are still open. probably not. | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ◯ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am not an attorney and cannot get anyone to give me any of the information needed to prove my case through an informal request. I am indigent and am only allowed $15.00 worth of legal supplies including copies, see attached pages 1b.) - 4b.)

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ (date); OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 06/09/202_ (date); OR *(specify other method)* _____

Executed at Ada County Jail on 05/30/2025.
          *(Location)*              *(Date)*

7210 Barrister Dr.
Boise ID 83704

_____
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

**PRISONER COMPLAINT - p. 3_**                    *(Rev. 10/24/2011)*

paper work, instructions, envelopes, postage, and $15.00 mo. is not enough to get much done, especially when I'm supposed to keep a copy for my records. Ada County jail's medical department refuses to give me the names of the 3 doctors spelled correctly so that I can get a pre-littigation screening pannel done, they and the jail and programs and public records all refuse to allow me these three mens names spellings, my requests and grievances, my medical request and grievances, my jail medical records, which would contain the 3 Dr's names. I forgot to put paper on the legal materials list. The lady at LRC said she didn't have the forms for a pre-littigation screening panel and that I would have to use my own Indigent paper and envelopes meant for writing to friends and family to write to the medical board to get the forms, she also tried to tell me that she doesn't have to give me regular size envelopes for for legal mail. Then if

I do some how manage to get all of this done, and all these documents to prove my case I'm supposed to retain a copy. Which will be some where between 500 and 700 pages, Just for my copy. Plus stamps, envelopes, paper work, paper for taking notes when doing research. So an estimated total of some where between $160.⁰⁰ -$200.⁰⁰, plus the filing fee. So some where between $300.⁰⁰ and $400.⁰⁰ when I'm homeless, incarcerated, the Justice system has taken away every thing I owned. My Constitutional civil rights here at Ada county Jail are being violated at such a rate that I have as far as I can tell atleast 3 more I need to file, plus atleast 2 post conviction releifs, and at least 2 writs of habeas corpus and all the research that will entail. That's some where aroun $1800.⁰⁰ to $2,000.⁰⁰ as far as I can tell, with

Page (3b.)

an allowance of $15.00 worth of legal supplies per month. All this so that my United States Constitutionally protected rights don't continue to get raped and trampled on. I'm not sure how it can be done without a lawyer. This jail is violating everyones civil Rights. Also I am mentally Disabled, I was on total and permanent mental disability for almost 10 years and then some how was taken off. I now am waiting on my pending disability case to be awarded as far as I know. I do not know or understand all of these legal terms, and definitions and some of them that I read I can't or don't know how to understand them. I feel that I'm really getting screwed over by the legal system at the moment, and that not having a lawyer to help me with these matters will not only make it

(page 4.b)

difficult to pursue these matters, but will make it pretty much completely impossible for me to have the court help me to have these violations of my civil rights corrected especially without a judge that would be willing to help me out and walk me along holding my hand every step of the way. These violations of civil rights cannot be allowed to continue. Please grant me an attorney; I seriously do need one.

   Thank you for your consideration.

   Joshua A. Wintrode

05/30/2025

P.S. I also do not understand how to use these exhibit list, especially since I can't get them to give me any of the documents I need.

unnecessary and wanton pain. Stomach pain, stomach lining, and bowels. Hearing loss, and significant injury to my equalibrium.